

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00807-CR

**IN RE** Kevin Lamar **JOHNSON**, Sr.

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Lori Massey Brissette, Justice
              Velia J. Meza, Justice

Delivered and Filed: December 23, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

Relator filed a petition for writ of mandamus on December 11, 2025. Having reviewed the petition for writ of mandamus, this court concludes that relator has failed to establish that he is entitled to the relief requested. The petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1]This proceeding arises out of Cause No. 2002-CR-4779, styled *State of Texas v. Kevin Lamar Johnson, Sr.*, pending in the 227th Judicial District Court, Bexar County, Texas, the Honorable Christine Del Prado presiding.